# THE UNITED STATES DISTRICT COURT
# NORTER DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.:  1:19CR351 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **NOTICE OF POSSIBLE** |
| | ) | **UPWARD VARIANCE** |
| BENJAMIN ROSS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

This Court hereby gives notices of a possible upward variance as it relates to Defendant Benjamin Ross based upon the following 18 U.S.C. § 3553(a) factors:

1. The nature and circumstances of the offense.

2. The history and characteristics of the defendant, including his criminal history and all other relevant characteristics.

3. The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendants.

IT IS SO ORDERED.


<u>January 22, 2020</u>              ____/s/ Judge John R. Adams_____
Date                                JUDGE JOHN R. ADAMS
                                    UNITED STATES DISTRICT COURT